UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 23-18 0 LK |
| Plaintiff, | |
| v. | DETENTION ORDER |
| DANIEL ANDRONACHE,, | |
| Defendant. | |

## OFFENSES CHARGED IN INDICTMENT

Twelve Counts, each charging bringing an alien into the United States at a place other than a designated port of entry. Forfeiture allegations.

Date of Detention Hearing:   November 17, 2023

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure that defendant, if released on conditions, would make his court appearances as required.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has no legal status in this country. Immigration removal proceedings are pending against him. Specifically, he has no known ties of any kind to this district. He apparently resides in Omaha, Nebraska.

(2) The United States reports that defendant has fully admitted his conduct as related to the charges in this case.

(3) He has given very dubious account to the pretrial services officer, indicating that he drives from Omaha to Kansas City on most days, to do construction work.

(4) If released on conditions, he would have no incentive to appear in court as required, and every incentive to flee.

It is therefore ORDERED:

1, Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3, On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of November, 2023.

_____
John L. Weinberg
United States Magistrate Judge