UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>IONUT MADALIN ZAMFIR and DANIEL ANDRONACHE,<br><br>　　　　　　　　Defendants. | CASE NO. 2:23-cr-00180-LK<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

　　　　This matter comes before the Court on the parties' Stipulated Joint Motion to Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 48. Defendants Ionut Zamfir and Daniel Andronache, together with the Government, seek to continue the trial date from February 5, 2024 to April 29, 2024, and to continue the pretrial motions deadline to March 18, 2024. *Id.* at 1.

　　　　On November 15, 2023, a federal grand jury indicted Mr. Zamfir and Mr. Andronache with 12 counts of Bringing an Alien into the United States at a Place Other than a Designated Port of Entry, in violation of 8 U.S.C. § 1324(a)(1)(A)(i). Dkt. No. 19 at 1–6. Defendants pleaded not guilty to all charges and remain in custody. Dkt. Nos. 31–32, 36. On December 22, 2023, the Court

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE - 1

Case 2:23-cr-00180-LK   Document 50   Filed 01/04/24   Page 2 of 3

granted Defendants' motion to continue the trial date from January 22, 2024 to February 5, 2024. Dkt. No. 46 at 3. Defendants seek an additional continuance "in order to continue to review evidence, meet with counsel for effective representation, assist with investigation, consider viable defenses, review potential motions to suppress evidence, and consider a plea agreement presented by the government." Dkt. No. 48 at 2. The Government produced discovery on December 5th, 7th, 14th, and 29th, and the parties anticipate that additional discovery will be produced by the Government and requested by Defendants. *Id.* The Government has also communicated an offer to Defendants and expects that they will "request modifications to the proposed offer, which will take time considering collateral consequences, including immigration issues." *Id.* Furthermore, counsel for Defendants note that "[m]eaningful communication" with Mr. Zamfir and Mr. Andronache requires the assistance of a Romanian interpreter. *Id.* Mr. Zamfir and Mr. Andronache have each filed speedy trial waivers, knowingly and voluntarily waiving their rights to a speedy trial to a date up to and including May 13, 2024. Dkt. Nos. 47, 49.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendants in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to review the discovery and other materials with Defendants and an interpreter, conduct investigation and legal research, prepare motions, and plan a defense at trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Defendants reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 48, and ORDERS that the trial

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE - 2

1  date shall be continued from February 5, 2024 to April 29, 2024, and the pretrial motions deadline

2  shall be continued to March 18, 2024. It is further ORDERED that, pursuant to 18 U.S.C.

3  § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is

4  EXCLUDED when computing the time within which Defendants' trial must commence under the

5  Speedy Trial Act.

6

7  Dated this 4th day of January, 2024.

8

Lauren King
United States District Judge